# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2014

Robert P. Young, Jr.,
Chief Justice

149407-8(83)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LOWE'S HOME CENTERS, INC.,
         Petitioner-Appellee,

v                                          SC: 149407
                                           COA: 314111
                                           MTT: 00-385768
TOWNSHIP OF MARQUETTE,
         Respondent-Appellant.
_____/


HOME DEPOT USA, INC.,
         Petitioner-Appellee,

                                           SC: 149408
v                                          COA: 314301
                                           MTT: 00-366428
TOWNSHIP OF BREITUNG,
         Respondent-Appellant.
_____/

On order of the Chief Justice, the motion of petitioners-appellees to file a response to the amicus curiae brief filed by the Michigan Municipal League, the Michigan Association of Counties, and the Michigan Association of School Boards is GRANTED. The response to the amicus brief submitted on October 9, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2014

_____